# UNITED STATES DISTRICT COURT
## District of Minnesota

Phuc Trong Nguyen,

Plaintiff(s),

v.

Markwayne Mullin, Todd Blanche, David Venturella and David Easterwood,

Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-3095 MJD/LIB

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Phuc T.N.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **GRANTED as follows**:

a. Respondents are ordered to immediately arrange for release of Petitioner into Minnesota at a safe time and in a safe place that is communicated at least two (2) hours in advance to Petitioner's counsel;

b. Respondents are ordered to immediately return all of Petitioner's personal items that were taken from him when he was detained in substantially the same condition as when the items were taken, such as a driver's license, immigration papers, passports, cell phones, and keys; and

c. Respondents may impose upon Petitioner conditions of release deemed necessary to insure his appearance in immigration proceedings and to encourage him to remain law-abiding.

2. Within 48 hours of the date of the filing of this Order, Respondents are ordered to file a status update with the Court reporting on their compliance with this Order, including any conditions of release imposed upon Petitioner.

Date: 7/23/2026

KATE M. FOGARTY, CLERK