# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Phuc T.N.,

               Petitioner,

v.

Markwayne Mullen et al.,

               Respondents.

**ORDER DISMISSING PETITION
FOR WRIT OF HABEAS CORPUS**

Civil File No. 26-3095 (MJD/LIB)

---

Daniel P. Suitor, Daniel P. Suitor, PLLC, Counsel for Petitioner.

David W. Fuller, Derek Ganzhorn, Assistant United States Attorneys, Counsel for Respondents.

---

On April 20, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus and ordered Respondents to immediately release Petitioner and to return his personal property.  [Doc. 8.]  On July 27, 2026, Respondents filed a status report informing the Court that Petitioner was released from custody on July 25, 2026 with all property, money, and IDs.   [Doc. 10.]  Petitioner has an immigration check-in on August 24, 2026 at 9:29 a.m.  [Doc. 10-1 at 1.]

Therefore, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Phuc T.N.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August 10, 2026                    s/Michael J. Davis
                                           Michael J. Davis
                                           United States District Court