# UNITED STATES DISTRICT COURT

## District of Minnesota

Phuc Trong Nguyen,

Petitioner(s),

v.

Markwayne Mullin, Todd Blanche, David Venturella and David Easterwood,

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-3095 MJD/LIB

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner Phuc T.N.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

Date: 8/11/2026

KATE M. FOGARTY, CLERK